IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY AMICK,

Appellant,

vs.

HAROLD STANLEY JOHNSON, AN INDIVIDUAL; HAROLD STANLEY JOHNSON, D/B/A COHEN-JOHNSON LLC; AND COHEN-JOHNSON LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 75999

**FILED**

NOV 04 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Adriana Escobar, District Judge
Robert F. Saint-Aubin, Settlement Judge
Boyack Orme & Anthony
Cohen Johnson Parker Edwards
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-45205